# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

JAMAL BRADLEY,

Defendant.

_____/

Case: 2:26-cr-20280
Assigned To : White, Robert J.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 5/13/2026
Description: IND SEALED MATTER
(lh)

<u>Violations:</u>
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 1956(h)

## <u>Indictment</u>

The Grand Jury charges that:

## <u>Count One</u>
### Conspiracy to Distribute and Possess with Intent to Distribute Cocaine
### 21 U.S.C. §§ 846 & 841(a)(1)

From in or around January 2024, through in or around March 2024, in the Eastern District of Michigan, and elsewhere, the defendant, JAMAL BRADLEY, knowingly and intentionally combined, conspired, confederated, and agreed with persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a

controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

The controlled substance involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 5 kilograms or more of cocaine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

The defendant, having one prior conviction for a serious violent felony for which he served a term of imprisonment of more than twelve months, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

### Count Two
### Conspiracy to Launder Monetary Instruments
### 18 U.S.C. § 1956(h)

From in or around January 2024, through in or around March 2024, in the Eastern District of Michigan, and elsewhere, the defendant, JAMAL BRADLEY, knowingly combined, conspired, and agreed with other persons known and unknown to the Grand Jury, to commit offenses in violation of Title 18, United States Code, Section 1956, to

2

wit, to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is, possession of a controlled substance with intent to distribute and distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and conspiracy to commit those offenses, in violation of Title 21, United States Code, Section 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and knowing, while conducting and attempting to conduct such financial transactions, that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

## Forfeiture Allegations

The allegations contained in Counts One through Two of this Indictment are hereby realleged and incorporated by reference for the

3

purpose of alleging forfeiture under Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(1).

Pursuant to Title 21, United States Code, Section 853(a), upon conviction of the offense charged in Count One of the Indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, violations of Title 21, United States Code, Section 846 and 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses.

Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of the money laundering offense charged in Count Two of the Indictment, the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property.

4

Upon conviction of the defendant, the United States intends to seek entry of forfeiture money judgments against the defendant representing the proceeds obtained by the defendant as result of his violation of Count One of the Indictment, and/or the value of the property involved in the violation of Count Two of the Indictment.

If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

5

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

**This is a True Bill.**

/s/ Grand Jury Foreperson
Grand Jury Foreperson

Jerome F. Gorgon Jr.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Organized Crime Unit

/s/ Paul A. Kuebler
Paul A. Kuebler
Assistant United States Attorney

Dated: May 13, 2026

6

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number | |
|---|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** _PK_ |

**Case Title:** USA v.  Jamal Bradley

**County where offense occurred :**  Wayne

**Check One:**    ☒ Felony         ☐ Misdemeanor         ☐ Petty

     ✓ Indictment/_____Information --- **no** prior complaint.
     _____Indictment/_____Information --- based upon prior complaint [**Case number:**      ]
     _____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 13, 2026
_____
Date

_Paul Kuebler_

Paul.Kuebler, Assistant U.S. Attorney
211 W. Fort St., Ste 2001
Detroit, MI 48226
Fax:    313-226-9641
E-Mail address: Paul.Kuebler@usdoj.gov
Attorney Bar #: NY4268561

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.